IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 APR 17  AM 9: 53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, ABORTION ADVANTAGE, AUSTIN WOMAN'S HEALTH CENTER, KILLEEN WOMAN'S HEALTH CENTER, NOVA HEALTH SYSTEMS D/B/A REPRODUCTIVE SERVICES, AND SHERWOOD C. LYNN, JR., M.D., PAMELA J. RICHTER, D.O., LENDOL L. DAVIS, M.D., AND LAMAR ROBINSON, M.D. (ON BEHALF OF THEMSELVES AND THEIR PATIENTS),<br>　　　　　　　PLAINTIFFS,<br><br>V.<br><br>DAVID LAKEY, M.D., MARI ROBINSON, DAVID ESCAMILLA, JAIME ESPARZA, RENE GUERRA, JAMES E. NICHOLS, SUSAN D. REED, JOE SHANNON, JR., AND CRAIG WATKINS (IN THEIR OFFICIAL CAPACITIES),<br>　　　　　　　DEFENDANTS. | CAUSE NO. 1:14-CV-284-LY |

## ORDER

Before the court in the above-numbered and styled cause are Plaintiffs' Motion for a Temporary Restraining Order and Memorandum of Law in Support filed April 14, 2014 (Clerk's Doc. No. 22) and Defendants' Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order filed April 14, 2014 (Clerk's Doc. No. 24). Although Plaintiffs sought an *ex parte* Temporary Restraining Order, notice was given to Defendants and the court conducted a hearing on April 16, 2014. Counsel for both parties appeared and presented argument.

In light of the parties' argument and after careful consideration of the applicable law and the entire record in this case, including all exhibits and declarations attached to the parties' filings and original complaint,

**IT IS HEREBY ORDERED** that, for substantially the reasons stated on the record in open court, Plaintiffs' Motion for a Temporary Restraining Order (Clerk's Doc. No. 22) is **DENIED**.

**IT IS FURTHER ORDERED** that, based on counsel's representation in open court withdrawing Plaintiffs' request for a preliminary injunction, Plaintiffs' Amended Motion for a Preliminary Injunction (Clerk's Doc. No. 12) is deemed **WITHDRAWN**.

SIGNED this 16th day of April, 2014

LEE YEAKEL
UNITED STATES DISTRICT JUDGE