UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Whole Woman's Health**, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> **David Lakey, M.D.,** Commissioner of the Texas Department of State Health Services, et al., <br><br>    Defendants. | Civil Action No. 1:14-cv-284-LY |

### STATE DEFENDANTS' WITNESS LIST

Defendants David Lakey, M.D., Commissioner of the Texas Department of State Health Services, and Mari Robinson, Executive Director of the Texas Medical Board ("State Defendants"), through their undersigned counsel, submit the following names of witnesses (except those to be used for impeachment only), separately identifying those whom State Defendants expect to present and those whom State Defendants may call if the need arises.

State Defendants expect to present the following witnesses:

1. James Anderson, M.D.

2. John Thorp, Jr., M.D., M.H.S.

3. Geoffrey R. Keyes, M.D., F.A.C.S.

1

4. Mayra Thompson, M.D.

5. Deborah Kitz, PH.D.

6. Peter Uhlenberg, PH.D.

7. Todd Giberson

8. Abby Johnson

9. Ashton Jimenez

State Defendants may call the following witnesses if the need arises:

1. Kathy Perkins

2. Amy Hagstrom-Miller

3. Marilyn Eldridge

4. Maria Sifuentes

5. Kenneth S. Lambrecht

6. Jeffrey Hons

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        JAMES D. BLACKLOCK
        Deputy Attorney General for Legal Counsel

        JONATHAN F. MITCHELL
        Solicitor General

        ANDREW S. OLDHAM
        Deputy Solicitor General

        ARTHUR C. D'ANDREA
        BETH KLUSMANN
        PHILIP A. LIONBERGER
        MICHAEL P. MURPHY
        Assistant Solicitors General

        <u>/s/ Andrew B. Stephens</u>
        ANDREW B. STEPHENS
        Texas Bar No. 24079396
        ESTEBAN S.M. SOTO
        ENRIQUE VARELA
        Assistant Attorneys General

        300 West 15th Street
        P.O. Box 12548
        Austin, Texas 78711-2548
        (512) 463-2120 (phone)
        (512) 320-0667 (fax)

        COUNSEL FOR DEFENDANTS
        DAVID LAKEY, M.D., AND MARI ROBINSON

Dated: July 30, 2014

## CERTIFICATE OF SERVICE

I certify that on July 30, 2014, this document was served on counsel of record through the Court's CM/ECF Document Filing System or through e-mail.

Jan Soifer
Texas Bar No. 18824530
Patrick J. O'Connell
Texas Bar No. 15179900
O'CONNELL & SOIFER LLP
98 San Jacinto Blvd., Ste. 540
Austin, Texas 78701
(512) 583-0451 (JS phone)
(512) 852-5918 (PJO phone)
jsoifer@oconnellsoifer.com
poconnell@oconnellsoifer.com

John H. Bucy, II
Texas Bar No. 03311500
6633 Highway 290 East, Suite 104
Austin, TX 78723-1157
(512) 291-6505
john@johnbucy.com

Stephanie Toti
Esha Bhandari
Natasha Lycia Ora Bannan
David P. Brown
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3684 (ST phone)
(917) 637-3659 (EB phone)
(917) 637-3784 (NLOB phone)
stoti@reprorights.org
ebhandari@reprorights.org
nbannan@reprorights.org
dbrown@reprorights.org

J. Alexander Lawrence
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
(212) 468-7900 Fax
alawrence@mofo.com

Betre M. Gizaw
Marissa P. Harris
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, DC 20006-1888
(202) 887-8744
(202) 887-0763 Fax
bgizaw@mofo.com

Colin M. O'Brien
MORRISON & FOERSTER LLP
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-2252
(303) 592-1510
cobrien@mofo.com

COUNSEL FOR PLAINTIFFS

    /s/ Andrew B. Stephens
    ANDREW B. STEPHENS
    Assistant Attorney General