IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH; *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | CASE NO. 14-CV-284-LY |
| DAVID LAKEY, M.D.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFFS' COUNTER-DESIGNATIONS AND OBJECTIONS

Pursuant to Local Civil Rule 16(e)(6), Plaintiffs, by and through their counsel, hereby provide their counter-designations to the deposition testimony of those witnesses whose testimony is expected to be presented by the State Defendants by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) :

| | Franz C. Theard, M.D. July 25, 2014 Deposition Transcript | |
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 68:1-23 | | |
| 69:11-71:11 | | |
| 71:17-72:3 | | |
| 72:8-74:2 | Relevance (NM Clinic) | |
| 74:5-13 | Relevance (NM Clinic) | |
| 77:8-21 | | |
| 78:13-22 | | |
| 79:10-16 | Relevance (NM Clinic) | |
| 93:14-20 | | |
| 95:7-96:1 | 96:2-22 | |

| Franz C. Theard, M.D.<br>July 25, 2014 Deposition Transcript |||
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 96:23-97:4 | | |
| 97:7-97:16 | | |
| 98:11-99:3 | Relevance (NM Clinic) | |
| 104:12-105:13 | Relevance (NM Clinic) | |

| Marilyn Eldridge<br>July 24, 2014 Deposition Transcript |||
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 22:8-14 | Relevance (NM Clinic)<br>22:15-22:18 (Subject to Decision on Objection) | |
| 22:19-25 | Relevance (NM Clinic) | |
| 23:16-24:2 | | |
| 24:16-19 | Relevance (NM Clinic)<br>24:20 (Subject to Decision on Objection) | |
| 24:21-25 | Relevance (NM Clinic) | |
| 25:13-19 | Relevance (NM Clinic)<br>25:20 (Subject to Decision on Objection)<br>26:15-19 (Subject to Decision on Objection)<br>27:4-28:6 (Subject to Decision on Objection) | |
| 74:7-16 | | |
| 75:3-10 | | |
| 78:23-79:12 | 78:4-22; 80-16-81:2; 83-9-83:15 | |
| 105:20-106:3 | Hearsay | |
| 106:14-20 | Hearsay<br>107:4-107:16 | |

| Paul Fine, M.D.<br>July 18, 2014 Deposition Transcript | | |
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 58:21-59:1 | 53:22-54:22; 59:2-5 | |
| 61:5-22 | 61:23-62:18 | |
| 76:16-22 | 75:22-76:15; 76:23-77:14 | |
| 116:16-117:4 | 117:5-118:10 | |
| 118:10-24 | 118:25-119:7 | |
| 144:6-17 | | |
| 165:18-22 | 166:10-19 | |
| 174:11-16 | 174:17-174:25 | |

| Amy Hagstrom-Miller<br>July 20, 2014 Deposition Transcript | | |
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 160:6-161:2 | 161:3-161:17 | |
| 161:18-162:4 | 162:5-162:13 | |
| 161:14-20 | | |
| 164:3-5 | 162:21-164:2 | |
| 167:22-168:11 | 165:14-167:21; 168:12-21 | |
| 253:2-21 | | |

| Marina Sifuentes<br>July 28, 2014 Deposition Transcript | | |
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 6:23-7:-1 | | |
| 9:16-10:7 | Relevance, Unfair Prejudice and Confidentiality (10:5-7) | |

| Marina Sifuentes<br>July 28, 2014 Deposition Transcript |||
|---|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations and Objections** | **Defendants' Objections** |
| 11:2-5 | 10:8-10:12; 10:21-11:1; 12:12-16; 34:7-37:18 (with building address redacted) | |

Dated:  August 7, 2014

| | |
|---|---|
| /S/ Stephanie Toti<br>Stephanie Toti<br>Esha Bhandari<br>Natasha Lycia Ora Bannan*<br>David P. Brown*<br>Center for Reproductive Rights<br>120 Wall Street, 14th Floor<br>New York, NY 10005<br>(917) 637-3684 (ST phone)<br>(917) 637-3659 (EB phone)<br>(917) 637-3784 (NLOB phone)<br>stoti@reprorights.org<br>ebhandari@reprorights.org<br>nbannan@reprorights.org<br>dbrown@reprorights.org | Jan Soifer<br>Texas Bar No. 18824530<br>Patrick J. O'Connell<br>Texas Bar No. 15179900<br>O'CONNELL & SOIFER LLP<br>98 San Jacinto Blvd., Ste. 540<br>Austin, Texas 78701<br>(512) 583-0451 (JS phone)<br>(512) 852-5918 (PJO phone)<br>jsoifer@oconnellsoifer.com<br>poconnell@oconnellsoifer.com |
| J. Alexander Lawrence*<br>Kiersten Fletcher*<br>MORRISON & FOERSTER LLP<br>250 W. 55th Street<br>New York, NY 10019<br>(212) 336-8638<br>(212) 468-7900 Fax<br>alawrence@mofo.com | John H. Bucy, II*<br>Texas Bar No. 03311500<br>6633 Highway 290 East, Suite 104<br>Austin, TX 78723-1157<br>(512) 291-6505<br>john@johnbucy.com |

Betre M. Gizaw*
Marissa P. Harris*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
(202) 887-8744
(202) 887-0763 Fax
bgizaw@mofo.com
mharris@mofo.com

Colin M. O'Brien*
MORRISON & FOERSTER LLP
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-2252
(303) 592-1510
cobrien@mofo.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2014, the foregoing was served on all counsel of record by email.

                                                                           _/S/ J. Alexander Lawrence_
                                                                           J. Alexander Lawrence