## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH; *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | CASE NO. 14-CV-284-LY |
| DAVID LAKEY, M.D.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' COUNTER-DEPOSITION DESIGNATIONS

Defendants, in response to Plaintiffs designation of deposition testimony, hereby provide the following cross-designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only).  To the extent Plaintiff seeks to designate testimony of persons not presented at trial, Defendants object to any inclusion of that testimony in the record.

| James C. Anderson, M.D. July 24, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 12:5-13:12 | | |
| 53:5-15 | 52:15-53:4 | |
| 55:2-21 | 54:19-55:1; 55:22-56:11 | |
| 61:6-22 | 60:3-61:5 | |
| 68:5-19 | 69:6-20 | |
| 71:6-72:22 | | |
| 77:4-9 | 77:10-21 | |
| 106:13-109:20 | | |
| 143:25-144:8 | 144:8-24 | |
| 144:15-145:6 | | |

| James C. Anderson, M.D. July 24, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 160:21-161:17 | | |

| Kirk Cole, Associate Commissioner, Texas Department of State Health Services[1] | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 2:20–3:4 | Gruber Depo 15:9-17; Perkins Depo 124:16-25 | |
| 4:4–23 | | |
| 4:25–8:9 | | |
| 8:14–9:8 | | |
| 9:15–10:3 | | |

| Nagla Elerian, Director for the Department of Health Statistics, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 2:4-9 | Gruber Depo 15:9-17; Perkins Depo 124:16-25 | |
| 2:12-3:23 | | |
| 4:14-5:5 | | |
| 6:1-2 | | |
| 6:11-14 | | |
| 6:22-7:23 | | |
| 8:3-9:25 | | |
| 10:6-24 | | |
| 12:8-13 | | |

---

[1] Note: references in all DSHS witness deposition designations are to the rough drafts of the deposition transcripts.

| 13:9-14 | | |
|---|---|---|

| Nagla Elerian, Director for the Department of Health Statistics, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 13:22-15:15 | | |
| 16:2-25 | 17:1-13 | |
| 17:18-18:9 | | |
| 18:3-19:8 | | |
| 19:21-23 | | |
| 20:1-11 | | |
| 24:7-25:3 | | |
| 25:8-26:16 | | |
| 26:18-28:12 | 28:13-16 | |
| 28:19-22 | 28:23-29:23; 30:3-9; 30:15-32:17 | |
| 33:10-35:7 | | |
| 35:23-36:1 | 36:4-9 | |
| 36:15-37:4 | 37:5-10 | |
| 38:10-22 | | |
| 39:1-14 | 39:15-18 | |
| 40:10-41:4 | 41:5-9 | |
| 41:10-21 | | |
| 45:12-15 | | |
| 45:23-46:20 | 46:21-23 | |
| 46:24-48:13 | | |
| 48:19-49:2 | 49:2-12 | |
| 49:6-12 | | |
| 50:1-3 | 50:4-6 | |
| 52:6-15 | 52:16-23 | |
| 53:1-25 | 54:10-55:3 | |
| 55:4-16 | | |
| 55:18-56:1 | | |

| Nagla Elerian, Director for the Department of Health Statistics, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 56:18-57:17 | 56:2-17 | |
| 57:25-58:2 | 57:18-24 | |
| 58:6-60:23 | 60:24-61:1 | |
| 61:2-10 | | |
| 61:14-63:18 | | |
| 63:22-65:11 | | |
| 73:10-17 | 70:3-72:11; 73:18-74:3 | |
| 74:4-8 | | |

| Todd Giberson July 24, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 50:2-51:8 | | |
| 52:17-53:5 | | |
| 56:9-56:20 | | |
| 67:18-69:11 | | |
| 77: 15-78:1 | | |

| David Gruber, Assistant Commissioner for Regional and Local Health Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 2:1-12 | Gruber Depo 15:9-17; Perkins Depo 124:16-25 | |
| 4:8-17 | | |

| David Gruber, Assistant Commissioner for Regional and Local Health Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 4:20-5:2 | | |
| 5:17-6:5 | | |
| 6:12-7:12 | | |
| 7:17-20 | 7:13-9:2 | |
| 9:3-23 | 9:24-11:12; 12:20-13:19 | |
| 13:22-14:15 | 14:16-18 | |
| 16:1-17 | | |
| 16:19-17:10 | | |

| Geoffrey Keyes, M.D. July 21, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 26:19-28:18 | | |
| 36:10-39:24 | | |
| 60:12-63:16 | | |
| 64:25-65:11 | | |
| 68:19-69:1 | 66:18–67:3; 68:1–18 | |
| 69:16-71:2 | 74:15–75:6 | |
| 71:8-73:6 | | |
| 76:3-10 | | |
| 77:8-23 | | |
| 78:6-84:1 | | |
| 86:12-87:2 | | |
| 94:14-19 | | |
| 95:1-9 | | |

| Geoffrey Keyes, M.D. July 21, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 98:21-100:9 | | |
| 113:13-114:18 | | |
| 117:20-119:9 | | |
| 120:1-7 | 120:8–16 | |

| Deborah Kitz July 18, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 53:15-54:6 | | |
| 95:13-96:5 | | |
| 107:14-17 | | |
| 137:21-139:6 | | |
| 141:6-144:21 | | |
| 190:12-192:18 | | |
| 200:2-5 | | |
| 200:23-201:9 | | |

| Kathryn Perkins, Assistant Commissioner for Regulatory Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations (Rough Draft of Transcript)** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 2:9-21 | Gruber Depo 15:9-17; Perkins Depo 124:16-25 | |
| 3:25-4:10 | | |
| 4:15-5:2 | | |
| 8:12-15 | | |

| Kathryn Perkins, Assistant Commissioner for Regulatory Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| Plaintiffs' Designations (Rough Draft of Transcript) | Defendants' Counter-Designations and Objections | Plaintiffs' Objections |
| 9:4-23 | | |
| 11:2-12:5 | | |
| 13:9-11 | | |
| 15:25-16:4 | | |
| 16:7-14 | | |
| 16:21-17:8 | | |
| 17:10-15 | | |
| 17:22-19:2 | | |
| 19:9-20 | | |
| 20:14-17 | | |
| 23:24-24:2 | | |
| 24:10-25:1 | | |
| 25:15-19 | | |
| 25:25-26:4 | | |
| 26:8-27:3 | | |
| 27:8-28:1 | | |
| 28:10-17 | | |
| 28:25-29:8 | | |
| 29:19-30:8 | | |
| 31:20-32:23 | | |
| 34:9-25 | | |
| 35:25-37:4 | | |
| 37:23-38:5 | | |
| 38:10-39:7 | 39:16-40:6 | |
| 40:7-15 | | |
| 45:4-17 | | |
| 46:4-9 | | |

| Kathryn Perkins, Assistant Commissioner for Regulatory Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| Plaintiffs' Designations (Rough Draft of Transcript) | Defendants' Counter-Designations and Objections | Plaintiffs' Objections |
| 46:25-47:3 | 46:18-24 | |
| 48:3-6 | 47:4-48:11 | |
| 48:12-22 | 47:4-48:11 | |
| 49:16-50:15 | 49:2-11 | |
| 53:6-9 | | |
| 59:8-9 | | |
| 59:13-62:5 | | |
| 63:15-16 | | |
| 64:5-65:11 | | |
| 65:18-67:4 | | |
| 68:18-69:16 | 67:5-15; 68:2-7 | |
| 70:7-71:15 | 69:17-20 | |
| 71:18-72:22 | 71:16-17 | |
| 72:25-73:4 | | |
| 73:13-19 | | |
| 76:15-17 | | |
| 77:4-18 | | |
| 77:25-78:18 | | |
| 78:25-79:16 | 79:17-21 | |
| 79:22-81:4 | 81:5-83:12 | |
| 83:13-22 | 81:5-83:12; 83:23-84:3; 84:12-85:14 | |
| 84:4-7 | | |
| 85:6-86:17 | 84:12-85:5 | |
| 87:5-17 | 87:18-88:12 | |
| 88:17-19 | | |
| 88:22 | 88:20-21 | |
| 90:24-25 | | |

| Kathryn Perkins, Assistant Commissioner for Regulatory Services, Texas Department of State Health Services July 25, 2014 | | |
|---|---|---|
| Plaintiffs' Designations (Rough Draft of Transcript) | Defendants' Counter-Designations and Objections | Plaintiffs' Objections |
| 91:13-93:8 | 89:10-18; 91:4-10; 93:9-12 | |
| 93:20-94:9 | | |
| 96:8-97:10 | | |
| 97:23-100:12 | 100:13-21 | |
| 100:22-101:22 | | |
| 102:4-7 | | |
| 102:10-16 | | |
| 104:19-25 | 104:2-9 | |
| 105:7-16 | | |
| 105:19-106:19 | | |
| 107:16-108:19 | | |
| 109:5-8 | | |
| 109:10-23 | | |
| 110:3-112:19 | 112:20-25 | |
| 113:10-24 | | |
| 114:1-3 | | |
| 114:7-9 | | |
| 114:14-20 | | |
| 115:10-12 | | |
| 115:17-21 | | |
| 116:4-14 | | |
| 116:16-25 | | |
| 117:5-118:5 | 118:6-8 | |
| 118:15-119:11 | 119:12-16 | |
| 119:17-20 | | |
| 122:9-11 | | |
| 122:16-123:19 | | |

| Mari Robinson, Executive Director Texas Medical Board July 23, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 5:1-8 | | |
| 10:4-16 | | |
| 10:21-23 | | |
| 12:17-23 | | |
| 13:3-14 | 5:9-9:24 | |
| 13:23-24 | | |
| 16:17-18:8 | | |
| 18:20-19:2 | | |
| 20:6-21:15 | | |
| 21:24-22:11 | | |
| 24:14-25:15 | | |
| 25:24-26:20 | | |
| 26:24-27:20 | | |
| 28:5-16 | | |
| 28:21-29:6 | | |
| 29:16-30:2 | | |
| 30:13-32:3 | | |
| 33:2-15 | | |
| 34:21-35:9 | | |
| 36:12-37:7 | | |
| 38:13-18 | | |
| 39:17-20 | | |
| 39:24-42:5 | | |
| 42:16-18 | | |
| 46:10-48:24 | | |

| Mari Robinson, Executive Director Texas Medical Board July 23, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 49:24-50:11 | | |
| 51:25-54:4 | | |
| 55:13-56:19 | | |
| 56:22-57:17 | | |
| 57:21-58:11 | | |
| 59:14-19 | | |
| 60:6-61:5 | | |
| 61:10-62:15 | 62:22-63:12 | |
| 63:20-64:20 | | |
| 66:5-69:15 | | |
| 70:6-17 | | |
| 71:14-72:4 | | |
| 72:22-73:22 | | |
| 74:22-75:7 | | |
| 75:13-77:13 | | |
| 77:19-78:6 | | |
| 79:7-80:9 | | |
| 85:17-86:3 | | |
| 86:12-87:4 | | |
| 87:9-88:12 | | |
| 96:19-22 | | |
| 97:21-98:17 | | |
| 98:22-25 | | |
| 100:8-17 | | |
| 101:8-102:15 | | |
| 104:9-12 | | |
| 104:19-25 | | |

| Mari Robinson, Executive Director<br>Texas Medical Board<br>July 23, 2014 | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 106:3-17 | | |
| 107:8-108:9 | | |
| 109:11-15 | | |
| 111:10-13 | | |
| 112:4-16 | | |
| 113:5-17 | | |
| 114:15-115:18 | | |
| 116:8-119:8 | | |
| 119:19-120:12 | | |
| 120:22-121:11 | | |
| 121:20-126:18 | | |
| 126:23-128:14 | | |
| 128:16-129:7 | | |
| 129:14-130:22 | | |
| 132:10-134:13 | | |
| 134:20-135:9 | | |
| 136:6-13 | | |
| 136:15-137:24 | | |
| 138:2-23 | 139:4-16 | |
| 141:24-142:20 | | |
| 143:20-146:11 | | |
| 146:15-147:11 | | |

| Franz C. Theard, M.D.,  Hilltop Women's Reproductive Clinic July 25, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 4:6-8:3 | | |
| 9:7-10:2 | | |
| 15:21-17:11 | | |
| 21:24-23:6 | 23:7-15; 93-14-20 | |
| 26:18-30:16 | | |
| 36:20-37:1 | | |
| 38:8-38:10 | | |
| 40:25-44:3 | | |
| 44:24-51:15 | | |
| 52:1-53:16 | 53:17-24 | |
| 59:21-61:3 | 61:17-24 | |
| 62:22-63:15 | | |
| 66:11-67:11 | | |
| 83:21-84:11 | 87:21-88:1 | |
| 87:14-87:20 | | |
| 91:15-92:2 | | |
| 106:3-106:8 | | |

| Mayra Thompson, M.D. July 14, 2014 Deposition Transcript | | |
|---|---|---|
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 37:3-40:3 | | |
| 47:23-48:6 | 48:7-49:21 | |
| 56:6-57:23 | 174:21-176:3 | |
| 95:2-97:5 | | |
| 97:23-98:13 | | |

| Mayra Thompson, M.D.<br>July 14, 2014 Deposition Transcript | | |
| --- | --- | --- |
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 100:9-25 | | |
| 137:5-23 | | |
| 139:6-23 | 140:25-141:16, 145:20-147:20 | |
| 142:21-143:11 | | |
| 144:9-17 | | |
| 152:6-23 | | |
| 154:4-11 | | |
| 155:21-156:11 | | |
| 165:16-166:2 | | |
| 169:2-14 | | |
| 181:2-6 | | |
| 220:19-224:10 | | |

| Peter Uhlenberg<br>July 18, 2014 Deposition Transcript | | |
| --- | --- | --- |
| **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** | **Plaintiffs' Objections** |
| 74:14-75:9 | | |
| 77:8-78:16 | | |
| 108:24-109:15 | | |
| 110:23-113:13 | | |
| 117:13-118:2 | | |
| 121:5-23 | | |
| 132:11-15 | | |
| 134:11-135:21 | | |
| 147:2-9 | | |

Defendants reserve the right to supplement their deposition designations with the page and lines from the final transcript when received.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JAMES D. BLACKLOCK
Deputy Attorney General for Legal
Counsel

JONATHAN F. MITCHELL Solicitor
General

ANDREW S. OLDHAM Deputy
Solicitor General

ARTHUR C. D'ANDREA
BETH KLUSMANN
PHILIP A. LIONBERGER
MICHAEL P. MURPHY
Assistant Solicitors General

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
ESTEBAN S.M. SOTO
ENRIQUE VARELA
Assistant Attorneys General

300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

COUNSEL FOR DEFENDANTS DAVID
LAKEY, M.D., AND MARI ROBINSON

Dated: August 7, 2014

17

## CERTIFICATE OF SERVICE

I certify that on August 7, 2014, this document was served on counsel of record through the Court's CM/ECF Document Filing System or through e-mail.


Jan Soifer
Texas Bar No. 18824530
Patrick J. O'Connell
Texas Bar No. 15179900
O'CONNELL & SOIFER LLP
98 San Jacinto Blvd., Ste. 540
Austin, Texas 78701
(512) 583-0451 (JS phone)
(512) 852-5918 (PJO phone)
jsoifer@oconnellsoifer.com
poconnell@oconnellsoifer.com


John H. Bucy, II
Texas Bar No. 03311500
6633 Highway 290 East, Suite 104
Austin, TX 78723-1157
(512) 291-6505
john@johnbucy.com


Stephanie Toti
Esha Bhandari
Natasha Lycia Ora Bannan
David P. Brown
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3684 (ST phone)
(917) 637-3659 (EB phone)
(917) 637-3784 (NLOB phone)
stoti@reprorights.org
ebhandari@reprorights.org
nbannan@reprorights.org
dbrown@reprorights.org


J. Alexander Lawrence
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
(212) 468-7900 Fax
alawrence@mofo.com


Betre M. Gizaw
Marissa P. Harris
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, DC 20006-1888
(202) 887-8744
(202) 887-0763 Fax
bgizaw@mofo.com


Colin M. O'Brien
MORRISON & FOERSTER LLP
370 17th Street, Suite 5200
Denver, CO 80202
(303) 592-2252
(303) 592-1510
cobrien@mofo.com


COUNSEL FOR PLAINTIFFS


/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Assistant Attorney General

17