FILED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

AUG 0 7 2014

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, ABORTION ADVANTAGE, AUSTIN WOMAN'S HEALTH CENTER, KILLEEN WOMAN'S HEALTH CENTER, NOVA HEALTH SYSTEMS, SHERWOOD C. LYNN, JR. M.D., PAMELA J. RICHTER D.O., LENDOL L. DAVIS M.D., LAMAR ROBINSON M.D. | § § § § § | CIVIL NO: AU:14-CV-00284-LY |

vs.

DAVID LAKEY M.D., MARI ROBINSON, DAVID ESCAMILLA, JAIME ESPARZA, RENE GUERRA, JAMES E. NICHOLS, SUSAN D. REED, JOE SHANNON, JR., CRAIG WATKINS, PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICE, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, SOUTHWESTERN WOMEN'S SURGERY CENTER, ROUTH STREET WOMEN'S CLINIC, AARON FAMILY PLANNING, SOUTH TEXAS HEALTH SYSTEMS, LLC, AARON FAMILY PLANNING

## LIST OF TRIAL WITNESSES

| FOR  PLAINTIFF | FOR  DEFENDANT |
|---|---|
| 1.    Lendol L. Davis, M.D. | 1.    Mayra Thompson, M.D. |
| 2.    Daniel A. Grossman, M.D. | 2.    James Anderson, M.D. |
| 3.    Paul M. Fine, M.D. | 3.    Ashton Jimenez |
| 4.    George A. Johannes, AIA | 4.    Todd Giberson |
| 5.    Lucy Felix | 5.    Nagla Elerian |
| 6.    Kristine Hopkins, Ph.D. | 6.    Deborah Kitz, Ph.D. |

| 7. | Elizabeth G. Raymond, M.D., M.P.H. | 7. | Peter Uhlenberg, Ph.D. |
|----|-----|----|-----|
| 8. | Sherwood C. Lynn, Jr. | 8. | |
| 9. | Anne Layne-Farrar, Ph.D. | 9. | |
| 10. | Marilyn Eldridge | 10. | |
| 11. | Amy Hagstrom Miller | 11. | |
| 12. | Mari Robinson | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |